# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

MATTHEW ROBERT VINCENT

**CR 08 0381**

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 1029(a)(2) - Unlawful Use of Unauthorized Access Device (Count One)
18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft (Count Two)

---

INDICT

A true bill.

_____
Foreman

Filed in open court this ___5___ day of June, 2008

_____
Clerk

Bail, $ Arrest warrant to issue

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1029(a)(2) – Unlawful Use of Unauthorized Access Device (Count One); 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft (Count Two)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached Penalty Sheet.

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
JUN 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S —
▶ MATTHEW ROBERT VINCENT

DISTRICT COURT NUMBER
CR 08  0381  MHP

DEFENDANT

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

## *PENALTY SHEET ATTACHMENT*

**As to Defendant Matthew Robert Vincent:**

**Count 1:**   18 U.S.C. §1029(a)(2) - **Access Device Fraud - Class D Felony**

   Maximum Term of Imprisonment of Ten Years
   Maximum Fine $250,000
   Maximum Supervised Release of Three Years
   Mandatory Special Assessment of $100

**Count 2:**   18 U.S.C. §1028A - **Aggravated Identity Theft - Class D Felony**

   Maximum and Minimum Prison Term of Imprisonment of Two Years
   Maximum Fine $250,000
   Maximum Supervised Release of One Year
   Mandatory Special Assessment of $100

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| 2 | United States Attorney |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08 0381 |
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 1029(a)(2) – Unlawful Use of Unauthorized Access Device (Count One); 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft (Count Two) |
| v. | ) | |
| MATTHEW ROBERT VINCENT, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   18 U.S.C. § 1029(a)(2) – Unlawful Use of Unauthorized Access Device

1.   Between on or about July 20, 2007 and on or about July 21, 2007, in the Northern District of California, the defendant,

MATTHEW ROBERT VINCENT,

did, knowingly and with intent to defraud, traffic in and use an unauthorized access device, specifically Visa account number XXXX-XXXX-XXXX-4122, and by such conduct obtained items of value aggregating at least $1,000, and in so doing affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

INDICTMENT

1 | COUNT TWO: 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

2 |     2.     Between on or about July 20, 2007 and on or about July 21, 2007, in the Northern District of California, the defendant,

MATTHEW ROBERT VINCENT,

during and in relation to a violation of 18 U.S.C. § 1029(a)(2) as set forth above in Count One, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit: a Visa account number XXXX-XXXX-XXXX-4122, in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: 6-5-08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
                           AUSA OWENS

INDICTMENT                           2