| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 21 min | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Lashanda Scott | | | REPORTER/FTR 10:19-10:44 | | |
| MAGISTRATE JUDGE Bernard Zimmerman | | DATE June 9, 2008 | | | NEW CASE ☐ | CASE NUMBER CR08-0381 MHP | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT Matthew Robert Vincent | AGE 25 | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Jodi Linker | | PD. ☒  RET. ☐ APPT. ☒ | |
| U.S. ATTORNEY Derek Owens | | INTERPRETER | | ☒ FIN. AFFT SUBMITTED | | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Allen Lew | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ | PARTIAL PAYMENT OF CJA FEES | ☐ |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR 18 min | | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS | |
| ☒ I.D. COUNSEL 1 min | | ☒ ARRAIGNMENT 1 min | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER | |
| ☐ DETENTION HRG | | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING | |

FILED JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DIST. CT.
NORTHERN DISTRICT OF CA

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | | ☒ ADVISED OF CHARGES | | ☒ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 100,000.00 | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH   $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TO: 06/16/2008 | ☐ ATTY APPT HEARING | | ☒ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET | |
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | | ☐ CHANGE OF PLEA | | ☐ OTHER | |
| BEFORE HON. BZ | ☐ DETENTION HEARING | | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING | |

**ADDITIONAL PROCEEDINGS**

6/16/2008 at 10:00 a.m. before Judge Patel for Status/Trial Setting. The deft to notify the State Dept. re lost passport. Defendant self-surrendered to court. Deft shall inform employer within one week of the current charges. cc: BZ, Pretrial, MHP

DOCUMENT NUMBER: