**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: June 16, 2008

Case No.   CR 08-0381  MHP          Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- MATTHEW ROBERT VINCENT (b):

Attorneys:   Plf: Derek Owens
             Dft: Jodi Linker

Deputy Clerk: Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in court; Discovery provided; Further status conference set for 8/4/2008 at 10:00 am to allow for review of discovery; Excludable time found re effective preparation;