JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW ROBERT VINCENT,<br><br>    Defendant. | No. CR 08-0381 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM DECEMBER 8, 2008 TO JANUARY 12 , 2009 |

    On November 17, 2008, the parties in this case appeared before the Court for a status conference for this case.  At that time, the parties requested a change of plea hearing to be scheduled for December 8, 2008, at 10:00 a.m.  Since that time, the parties have been in discussions and appear to be close to a resolution where this case will be resolved along with a related investigation in the Southern District of California.  However, it is clear that the resolution will not be completed by December 8.  It is anticipated that there will be a resolution soon after December 8, however due to the travel plans of both counsel, the soonest availability will be January 12, 2009.  Therefore, the parties hereby jointly and respectfully request that the hearing previously scheduled for December 8, 2008 be continued to 10:00 a.m. on January 12,

STIP. AND ORDER
CR 08-0381 MHP

2009.

The parties agree that granting the continuance is the reasonable time necessary for effective preparation and continuity of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: 12/4/2008        /s/ Derek Owens
                                      DEREK R. OWENS
                                      Assistant United States Attorney

DATED: 12/4/2008        /s/ Jodi Linker
                                      JODI LINKER
                                      Attorney for Mr. Vincent

The change of plea and sentencing hearing previously scheduled for December 8, 2008 be continued to 10:00 a.m. on January 12, 2009, before the Honorable Marilyn Hall Patel.  The Court also finds that an exclusion of time between December 8, 2008 through January 12, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation and continuity, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 12/5/2008

                                      THE HON. MARILYN HALL PATEL
                                      United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel